```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 05092
   DOROTHY FOWLKES
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7148

-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/22/2007 and was confirmed 06/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/01/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CHASE HOME FINANCE LLC     CURRENT MORTG            .00           .00           .00
CITY OF CHICAGO PARKING    SECURED               800.00           .00        165.00
COOK COUNTY TREASURER      SECURED                60.00           .00         60.00
ADVOCATE CHRIST MEDICAL    UNSECURED        NOT FILED            .00           .00
BLUE ISLAND RADIOLOGY      UNSECURED        NOT FILED            .00           .00
CBUSASEARS                 UNSECURED        NOT FILED            .00           .00
EMRGENCY MEDICAL SPECIAL   UNSECURED        NOT FILED            .00           .00
ILLINOIS COLLECTION SYST   UNSECURED        NOT FILED            .00           .00
ALVERNO CLINICAL LABORAT   UNSECURED        NOT FILED            .00           .00
NEUROLOGY ASSOCIATES       UNSECURED        NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED            2135.43           .00           .00
PERSONAL FINANCE COMPANY   UNSECURED        NOT FILED            .00           .00
PRT                        UNSECURED        NOT FILED            .00           .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED            .00           .00
WELLS FARGO FINANCIAL IL   UNSECURED            1045.50           .00           .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE       1142.27           .00       1142.27
CHASE HOME FINANCE LLC     NOTICE ONLY     NOT FILED            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY          834.00                       834.00
TOM VAUGHN                 TRUSTEE                                           156.73
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE            2,358.00

PRIORITY                                       .00
SECURED                                   1,367.27
UNSECURED                                      .00
ADMINISTRATIVE                              834.00
TRUSTEE COMPENSATION                        156.73

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 05092 DOROTHY FOWLKES
```

```
DEBTOR REFUND                                                            .00
                                            ---------------    ---------------
TOTALS                                             2,358.00          2,358.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 08/26/08                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                        PAGE   2
        CASE NO. 07 B 05092 DOROTHY FOWLKES